**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO ANDRES MALAGON BARON, | CASE NO. 5:26-CV-02764-WLH-PVC |
| Petitioner, | |
| V. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, it is **ORDERED** that (1) Respondents immediately release Petitioner unless Respondents have provided Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the Immigration Judge found that Respondents proved by clear and convincing evidence that Petitioner is a flight risk or a danger to the community or that there is a significant likelihood of removal in the reasonably foreseeable future; (2) Respondents file a notice of compliance within seven days advising how they complied with this Order; and (3) the parties file a joint status report within seven days informing the Court of the outcome of any bond hearing that has occurred, whether any issues remain, and the parties' positions on whether additional briefing is needed on any remaining issues. If so, the parties shall include a proposed briefing schedule in the joint status report. If not and within the same time, either Petitioner shall file a motion for voluntary dismissal or the parties shall submit a stipulated judgment.

It is further **ORDERED** that the Clerk serve copies of this Order on counsel for Petitioner and counsel for Respondents.

DATED: June 24, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2