JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sergio Andres MALAGON BARON<br>Petitioner,<br>v.<br>Markwayne MULLIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-02764-WLH-PVC<br><br>**JUDGMENT IN A CIVIL CASE**<br>[14] |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED and Final Judgment be entered.

The Clerk of the Court is directed to close the case.

DATED: August 7, 2026

United States District Judge